UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOROTHY D., | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-3384-B-BK |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's construed motion, Doc. 15, is **GRANTED**, Defendant's motion, Doc. 16, is **DENIED**, and the Commissioner's decision is **REVERSED AND REMANDED** for further proceedings.

**SO ORDERED** this 30th day of December, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE